UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lisa Kijewski-Womer,<br><br>          Plaintiff,<br>     v.<br><br>Everest Receivable Services, Inc.; and DOES 1-10, inclusive,<br><br>          Defendants. | Civil Action No.: 3:18-cv-00875-RPC |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 6, 2018

> Respectfully submitted,
>
> PLAINTIFF, Lisa Kijewski-Womer
>
> /s/ Jody B. Burton
>
> Jody B. Burton, Esq.
> Bar No.: 71681
> **LEMBERG LAW, L.L.C.**
> 43 Danbury Road, 3rd Floor
> Wilton, CT 06897
> Telephone: (203) 653-2250
> Facsimile:  (203) 653-3424
> jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on June 6, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By  /s/ Jody B. Burton_____

              Jody B. Burton