IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA KIJEWSKI-WOMER | : |
| Plaintiff, | : (Judge Conaboy) |
| vs. | : |
| | :3:18-CV-875 |
| EVEREST RECEIVABLE SERVICES et al. | : |
| Defendants. | : |

ORDER OF DISMISSAL

Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within ninety (90) days, to reinstate the action if the settlement is not consummated.

*[signature]*

Richard P. Conaboy
United States District Judge

DATE: June 7, 2018

FILED
SCRANTON
JUN 0 7 2018
Per_____
DEPUTY CLERK